1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

ANTONIO GUTIERREZ,                        )        Civil No. 09cv125-L(BLM)
                                          )
12            Plaintiff,                   )        **ORDER DISMISSING ACTION FOR**
                                          )        **LACK OF SUBJECT MATTER**
13    v.                                  )        **JURISDICTION**
                                          )
14    UNITED STATES DEPARTMENT OF          )
      AGRICULTURE, *et al.*,               )
15                                         )
              Defendants.                  )
16   _____       )

17          Plaintiff filed this action to quiet title to his property and declare right to possession.  He

18   also asserted claims for fraud, negligent misrepresentation, unfair business practices,

19   constructive trust and attorney malpractice under California law.  The court initially had subject

20   matter jurisdiction over the action because United States Department of Agriculture ("USDA")

21   was a named Defendant who held a deed of trust on Plaintiff's property.  On March 31, 2009

22   Plaintiff voluntarily dismissed the USDA.  He subsequently dismissed several additional

23   Defendants.  The only Defendants remaining in the case are Marco J. Rodriguez and Gabriel

24   Doe.

25          The federal court is one of limited jurisdiction.  *See Gould v. Mutual Life Ins. Co. of N.Y.*,

26   790 F.2d 769, 774 (9th Cir. 1986).  It possesses only the power authorized by the Constitution or

27   a statute.  *See Bender v. Williamsport Area Sch. Dist.*, 475 U.S. 534, 541 (1986).  It is

28   constitutionally required to raise issues related to federal subject matter jurisdiction and may do

1  so *sua sponte*. *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 93-94 (1998); *see Indus.*

2  *Tectonics, Inc. v. Aero Alloy*, 912 F.2d 1090, 1092 (9th Cir. 1990).

3        Because the USDA is no longer a Defendant, the court has dismissed all claims over

4  which it has original jurisdiction.  The only remaining Defendants are Marco J. Rodriguez,

5  Plaintiff's former attorney, and Gabriel Doe, Mr. Rodriguez' assistant.  Plaintiff alleges state law

6  claims for fraud, negligent misrepresentation and attorney malpractice against them.  Pursuant to

7  28 U.S.C. § 1367(c) the court declines to exercise supplemental jurisdiction over these claims.

8        Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE** for lack of

9  subject matter jurisdiction.

10       **IT IS SO ORDERED**.

11

12  DATED:  June 30, 2009

13  _____

    M. James Lorenz

14  United States District Court Judge

    COPY TO:

15

    HON. BARBARA LYNN MAJOR

16  UNITED STATES MAGISTRATE JUDGE

17  ALL PARTIES/COUNSEL

18

19

20

21

22

23

24

25

26

27

28